

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00479-CV

Rashad **ALTAWATY**, DDS, individually and d/b/a Aspen Dental, Rashad M. Altawaty DDS
PLLC d/b/a Aspen Dental, and Mangayarkarasi Mathiyazhagan DDS individually and d/b/a
Aspen Dental,
Appellants

v.

Steven **GWYNN**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-13837
Honorable Elma T. Salinas-Ender, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: August 9, 2023

DISMISSED

Appellants have filed an unopposed motion to dismiss this interlocutory appeal because the parties have reached a settlement. Therefore, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM